IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Sarah Park, | ) | Civil Action No.:  3:10-cv-02949-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Southeast Service Corp., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| Carmen Nazario, | ) | Civil Action No.:  3:11-cv-03011-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Southeast Service Corp., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| Allison Epps, | ) | Civil Action No.:  3:11-cv-03108-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Southeast Service Corp., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| Betty Smith, | ) | Civil Action No.:  3:11-cv-03188-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Southeast Service Corp., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT APPEARING that the above-entitled matters have been resolved by compromise and mutual consent by and between the plaintiffs, Sarah Park, Carmen Nazario, Allison Epps, and Betty Smith, and the defendant, Southeast Service Corporation,

NOW, THEREFORE, upon Motion of Sowell Gray Stepp & Laffitte, L.L.C., attorneys for the defendant, Southeast Service Corporation, by and with the consent of the undersigned attorneys for the plaintiffs,

IT IS ORDERED, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the Complaints in the above-entitled actions be dismissed, with prejudice, as to the defendant, Southeast Service Corporation.

IT IS SO ORDERED.

March 6, 2012                          Joseph F. Anderson, Jr.
Columbia, South Carolina               United States District Judge